UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PARAGON TANK TRUCK**
**EQUIPMENT, LLC,**
          Plaintiff,

    v.                                        Case No. 13-C-0061

**PARISH TRUCK SALES, INC.,**
          Defendant.

## ORDER

Defendant Parish Truck Sales, Inc., has filed a notice of removal of a civil action from state court and asserts that federal jurisdiction exists under 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000. However, the notice of removal does not comply with Civil Local Rule 8, which provides as follows:

> If a pleading or notice of removal asserts jurisdiction based on diversity of citizenship, the pleading or notice must identify the amount in controversy and the citizenship of each party to the litigation. If any party is a corporation, the pleading or notice must identify both the state of incorporation and the state in which the corporation has its principal place of business. If any party is an unincorporated association, limited liability company, or partnership, the pleading or notice must identify the citizenship of all members.

The plaintiff, Paragon Tank Truck Equipment, LLC, is a limited liability company, yet the notice of removal does not identify the citizenship of its members. Moreover, the defendant, Parish Truck Sales, Inc., is a corporation, yet the notice of removal does not identify its state of incorporation.

Accordingly, **IT IS ORDERED** that the defendant file a statement within 10 days of the date of this order and show cause why this action should not be remanded to state court.

Dated at Milwaukee, Wisconsin, this 28th of March, 2013.

                                               s/ Lynn Adelman

                                               _____
                                               LYNN ADELMAN
                                               District Judge